UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O. MOLEN, | No. 2:15-cv-2141 CKD P |
| Petitioner, | |
| v. | ORDER |
| CONRAD M. GRABER, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed a request to proceed in forma pauperis or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////
/////
/////
/////

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
form used by this district.

Dated:  November 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mole2141.101

2