UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O. MOLEN, | No. 2:15-cv-2141 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| CONRAD M. GRABER, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed a motion asking that this 28 U.S.C. § 2241 action be reopened. Under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302, the motion was referred on November 3, 2016 to the United States Magistrate Judge previously assigned to this case.

On November 7, 2016, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. On December 19, 2016, petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2016, are adopted in full; and

2. Petitioner's October 17, 2016 motion to reopen this case is denied.

DATED: January 5, 2017.

_____
UNITED STATES DISTRICT JUDGE